# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT SWIMMER,**

      **Plaintiff,**

v.                           Case No: 6:16-cv-2072-Orl-22GJK

**WOODSPRING SUITES PROPERTY MANAGEMENT, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Renewed Motion for Review and Approval of Settlement Agreement and Order of Judgment Dismissing Case with Prejudice (Doc. No. 38) filed on May 2, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 9, 2018 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Renewed Motion for Review and Approval of Settlement Agreement and Order of Judgment Dismissing Case with Prejudice is hereby GRANTED. The Court finds the settlement to be a fair and reasonable compromise of a bona fide FLSA dispute.

3. The case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record